UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-00702-RM-GPG (formally 1:16-cv-02250-RM-KLM)

ROBERT J. CLASEN,

Plaintiff

v.

NATIONAL BOARD OF OSTEOPATHIC
MEDICAL EXAMINERS, INC., an Indiana
non-profit corporation,

Defendant.

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant National Board of Osteopathic Medical Examiners, Inc., an Indiana non-profit corporation, pursuant to Fed R. Civ. P. 7.1, states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated this 29th day of September, 2016.

/s/Sydney L Steele
Sydney L Steele, #694-49
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Telephone: Direct Dial/Fax: (317) 777-7454
Email: sls@kgrlaw.com

*Attorney for National Board of Osteopathic Medical Examiners, Inc., an Indiana non-profit corporation*

# CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2016, I caused the foregoing CORPORATE DISCLOSURE STATEMENT to electronically filed with the Clerk of the Court using the CM/ECF system and forwarded a true and correct copy to the following via postage prepaid, U.S. mail addressed to:

Robert J. Clasen
2853 North Avenue
Grand Junction, CO 81501

                                        */s/ Sydney L Steele*
                                        Sydney L Steele