## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-02250-RM-GPG

ROBERT J. CLASEN,

Plaintiff

v.

NATIONAL BOARD OF OSTEOPATHIC
MEDICAL EXAMINERS, INC., an Indiana
non-profit corporation,

Defendant.

---

### DEFENDANT NBOME'S MOTION TO STAY

---

By Minute Order dated November 11, 2016 (Doc. 27), in response to defendant NBOME's motion to vacate the scheduling conference (Doc. 25), Magistrate Judge Gordon P. Gallagher vacated the previously set scheduling conference and ordered the parties to contact the Court within 60 days to reset the scheduling conference or file a motion to stay within that time.

The Court has not ruled upon plaintiff's pending motion to withdraw his motion to voluntarily dismiss the defendant NBOME (Docs. 15, 17, 20, 22, 23, 24). Nor has the Court ruled upon defendant NBOME's motion to dismiss plaintiff's complaint for lack of personal jurisdiction and improper venue, made pursuant to FRCP 12(b)(2) an (3). (Doc. 12).

Consequently, until the Court rules on plaintiff's pending motion to withdraw his Rule 41(a) dismissal of the NBOME and, if necessary, on NBOME's pending motion to dismiss the NBOME for lack of personal jurisdiction and improper venue, the substantive issues, if any, remain unclear. The parties cannot now profitably develop a proposed scheduling order or complete pre-Scheduling Conference matters. D.C.Colo.LCivR 16.1, 2. Any attempt of the

parties to do so now, before the Court rules on those pending motions, would likely be a waste of the parties' time and expenses, and of the Court's resources.

WHEREFORE, NBOME requests the Court to stay proceedings in this action pending the Court's ruling on plaintiff's motion to withdraw his motion to voluntarily dismiss the NBOME and, if needed, on NBOME's motion to dismiss plaintiff's complaint pursuant to FRCP Rules 12(b)(2) and (3), and for all other just and proper relief.

Date: January 9, 2017.

        Respectfully submitted,

        */s/ Sydney L Steele*
        Sydney L Steele, Ind. Atty. #694-49
        KROGER GARDIS & REGAS, LLP
        111 Monument Circle, #900
        Indianapolis, Indiana  46204
        Direct Dial/Facsimile: (317) 777-7454
        sls@kgrlaw.com

        *Attorney for National Board of Osteopathic Medical Examiners, Inc., an Indiana non-profit corporation*

## CERTIFICATE OF SERVICE

I certify that on January 9, 2017 the foregoing **DEFENDANT NBOME'S MOTION TO STAY** was electronically filed with the Clerk of the Court using the CM/ECF system and a true and correct copy sent to the following via postage prepaid, U.S. mail addressed to:

Robert J. Clasen
2853 North Avenue
Grand Junction, CO  81501

        */s/ Sydney L Steele*
        Sydney L Steele