## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-02250-RM-GPG

**ROBERT J. CLASEN**

        *Plaintiff,*

  v.

**NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC.**

        *Defendant.*

_____

### PLAINTIFF'S NOTIFICATION OF CHANGE OF PHONE NUMBER
_____

To the District Court Clerk:

My phone number recently changed, it is now:

    970-852-7319

Dated: 01/09/2017

                                           Respectfully submitted,

                                           ROBERT CLASEN

                                           s/ Robert J. Clasen
                                           Robert J. Clasen
                                           2853 North Ave
                                           Grand Junction, CO 81501
                                           cfocontroller@msn.com
                                           970-852-7319

CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2017, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system and forwarded a true and correct copy to the defendant's attorney of record using the CM/ECF system.

Dated this 7th day of January, 2017.                    Respectfully submitted,

ROBERT J. CLASEN

s/ Robert J. Clasen
Robert J. Clasen
2853 North Ave
Grand Junction, CO 81501
970-852-7319
cfocontroller@msn.com