IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-02250-RM-GPG

ROBERT J. CLASEN
                *Plaintiff,*

v.

NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, INC.
                *Defendant.*

_____

**PLAINTIFF'S RESPONSE TO NBOME'S [28] MOTION TO STAY**
_____

NBOME's motion to stay is unopposed.

Dated: 01/09/2017                                        Respectfully submitted,

                                                                ROBERT CLASEN

                                                                s/ Robert J. Clasen
                                                                Robert J. Clasen
                                                                2853 North Ave
                                                                Grand Junction, CO 81501
                                                                cfocontroller@msn.com
                                                                970-852-7319

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and forwarded a true and correct copy to the defendant's attorney of record using the CM/ECF system.

| | |
|---|---|
| Dated this 9th day of January, 2017. | Respectfully submitted, |

ROBERT J. CLASEN

s/ Robert J. Clasen
Robert J. Clasen
2853 North Ave
Grand Junction, CO 81501
970-852-7319
cfocontroller@msn.com